IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

AUTOGERMANA, INC.,

     Plaintiffs,

     v.

BMW OF NORTH AMERICA, INC.;
BMW OF NORTH AMERICA, LLC,

     Defendant.

CIVIL NO. 12 -1542 (BJM)

## STATEMENT OF UNCONTESTED MATERIAL FACTS

## INDEX OF EXHIBITS

| Exhibit # | Title of Exhibit | I.D. |
|---|---|---|
| Exhibit A | Certificate of Conversion of BMW of North America, Inc. (a Delaware corporation) to BMW of North American, LLC (a Delaware limited liability company), effective December 31, 2000 | BMW NA 8232-8235 |
| Exhibit B | Deposition of Donald Guerrero | Pages 1-154 |

| | |
|---|---|
| No. 1: Complaint, pages 1-18 | Dkt. No. 1 |
| No. 2: First Amended Complaint, pages 1-20 | Dkt. No. 49 |
| No. 3: Emails between BMW and Autogermana | Autogermana 1864-1867 |
| No. 4: Closing Agreement between the Secretary of the Treasury of the Government of Puerto Rico and Autogermana, Inc. dated June 30, 2011, pages 1-7 | Autogermana 1175-1182 |
| No. 5: Closing Agreement between the Municipality of San Juan and Autogermana, Inc. dated August 30, 2012, pages 1-4, and copy of check | Autogermana 1169-1173 |
| No. 6: Letter dated July 23, 2010 from attorney Juan Acosta Reboyras, pages 1-5 | BMW NA 7729-7733 |
| No. 7: BMW of North America, LLC Car Center Agreements, effective April 1, 2006 | BMW NA 88-122 |
| No. 8: BMW of North America, LLC Car Center Agreement dated October 1, 2010 (pages 1-18) and | BMW NA 161-178 and BMW NA 7798-7856 |

| Center Agreement Standard Provisions, Vers.2010.01CASP (pages 1-59) | |
|---|---|
| No. 9: Warranty Policy and Procedures Manual, *Effective December 1, 2006* | BMW NA 359-662 |
| No. 10 BMW Warranty and Procedures Manual, *Effective January 01, 2010*, Version 1.1 March 15, 2010 | BMW NA 2868-3020 |

**Exhibit C**    **Deposition of Annie Bouza Villiers**                    **Pages 1-154**

| No. 1: E-mail string | Autogermana 1868-1872 |
|---|---|
| No. 2: E-mail string | Autogermana 585-588 |
| No. 3: E-mail string | Autogermana 601-605 |
| No. 4: E-mail with Attachment | Autogermana 26-557 |
| No. 5: Closing Agreement between the Secretary of the Treasury of the Government of Puerto Rico and Autogermana, Inc. dated June 30, 2011, pages 1-7 | Autogermana 1175-1182 |
| No. 6: First Amended Complaint | Dkt. No. 49 |
| No. 7: Closing Agreement between the Municipality of San Juan and Autogermana, Inc. dated August 30, 2012 | Autogermana 1169-1174 |
| No. 8: E-mail | Autogermana 1 |
| No. 9: Complaint | Dkt. No. 1 |
| No. 10: Answers and Objections to BMW's First Request for Production of Documents | Pages 1-12 |

**Exhibit D**    **Declaration under Penalty of Perjury in Support of BMW of North America, LLC's Statement of Uncontested Material Facts, sworn by Karen Oplinger**

No. 1: Car Center Agreement Standard Provisions dated 10-28-05, Applicable to 2006 Car Center Agreements                    BMW NA 7737-7797

**Exhibit E**    **Deposition of Salim Murr**                    **Pages 1-167**

**Exhibit F**    **Deposition of Haydeline Colón**                    **Pages 1-51**

**Exhibit G**    **Letter from Mark W. Redman to Virgilio Ramos, Esq. dated August 5, 2011**                    **BMW NA 7710-7715**